# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BEILIN HE, WEI CUI, YU ZHANG, WEI ZHANG, HONG ZHANG, YIPING WU, GANG SUN, JIA LI, CHUNYANG WANT, WENWEI FAN, RUI HU, DONG SU, QI DENG, HONGBO SHAO, PING CHEN, LIQIANG SUN, DONGMEI HAN, YANLU LIU, BING LI, JINGYUAN ZHANG, JING JIANG, HUA JIANG, RUIZHE JIANG, CHENGLONG JIANG, DANQING YE, YANYAN LI, BO PENG, XIA LI, DONGHUI DENG, JIAFENG GU, and JIAWEN JIANG, individually and on behalf of a class of other similarly-situated persons,<br><br>    Plaintiffs,<br>vs.<br><br>SEROFIM MUROFF; DEBRA L. RIDDLE; RAYMOND KU; WINNER XING; RICHARD K. GETTY; JERRY R. BARNETT; BLACKHAWK MANAGER, LLC; ISR CAPITAL, LLC; EQUITY RECAP ACCOUNT, LLC; IDAHO STATE REGIONAL CENTER, LLC; BLACKHAWK GOLD, LLC; GMA GARNET USA CORP.; IDAHO STATE GOLD, LLC; LEMHI GOLD TRUST, LLC; THE MCCALL ASSOCIATES LLC; BLACKHAWK ON THE RIVER, LLC D/B/A BLACKHAWK MATERIAL SUPPLY; RED RIDGE DEVELOPMENT LLC; WEST MOUNTAIN SEWER AND WATER INC. D/B/A WEST MOUNTAIN SEWER AND WATER; MONTANA STATE GOLD COMPANY, LLC; MAYFLOWER MINING COMPANY; CONCIERGE HOLDINGS, LLC; WESTLEAD CAPITAL INC. D/B/A WESTLINK OR WEST LINK; WORLDWAY GROUP; and DOES 1-10,<br><br>    Defendants. | Case No.: 1:18-cv-00027-EJL<br><br>**ORDER OF DISMISSAL** |

Plaintiffs filed their Class Action Complaint and Demand for Jury Trial on January 19, 2018. (Dkt. 1.) On May 22, 2018, the Clerk of the Court issued a letter to Plaintiffs' counsel stating:

> You are hereby notified that the above entitled action will be dismissed without prejudice by this Court pursuant to Local Rule 4.1 and FRCP 4(m), on **JUNE 1, 2018** for Lack of Service/Prosecution unless good cause can be shown prior to that date why the case should not be dismissed.

(Dkt. 3.) As of the date of this Order, there is nothing in the record indicating that Plaintiffs have served their Complaint as required by Local Civil Rule 4.1 nor have the Plaintiffs responded to the May 22, 2018 letter. In fact, Plaintiffs have filed nothing in this matter since the filing of the Complaint. The matter has now been reassigned to this Court to consider dismissal under Federal Rule of Civil Procedure 4(m). (Dkt. 4.)

This Court has reviewed the record and, based on the foregoing, finds dismissal is required under Rule 4(m). Plaintiffs have failed to serve the Defendants and not shown good cause for such failure after having been notified by the Clerk of the Court that failing to do so would result in dismissal of this action on June 1, 2018. *See* Fed. R. Civ. P. 4(m).

### ORDER

NOW THEREFORE IT IS HEREBY ORDERED that this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 4(m).

DATED: June 14, 2018

_____
Honorable Edward J. Lodge
United States District Court